| 12/13/2022 | | | Judge Thomas M Renn |
|---|---|---|---|
| 10:30 22-06008-tmr | | McEntee et al v. Williams | |
| 22-60031-tmr7 | | | |
| | | Celeste McEntee -pla | CRAIG RUSSILLO and |
| | | | DARIEN S LOISELLE |
| | | David Williams -dft | NATALIE C SCOTT |

**Matter: Pretrial Conference**

Additional Appearances: None

Summary of Proceedings

Mr. Russillo discussed the status of discovery. He indicated the parties have agreed to a protective order. He requested 90 days to complete discovery and for any dispositive motions to be filed.
Ms. Scott discussed the protective order. She requested an additional 30 days after the 90 day discovery deadline to allow time to file any dispositive motions.

Determination of the Court
This pretrial conference is continued to March 14, 2023, at 10:30 a.m., by telephone. The parties should be prepared to discuss deadlines for either dispositive motions or trial. The court will not send separate notice.

Order to be prepared by: _____ Clerk's Office _____ Chambers Other:

Notice of Proposed Dismissal: # of days _____

_____ Settlement reported
_____ Failure to answer
_____ Failure to prosecute
_____ Party to submit proposed judgment
_____ Failure to submit pretrial order

Order re: Application of FRCP 26.
_____ OFRCP1 Planning conference due by _____ Report due by _____
_____ OFRCP2 Planning conference due by _____ No Report
_____ OFRCP3 Discovery can proceed
_____ OFRCP4 No planning conference/disclosures by _____
_____ OFRCP5 Discovery limited to _____

Minute Order: