DISTRICT OF OREGON
**F I L E D**
November 21, 2023
Clerk, U.S. Bankruptcy Court

Below is a judgment of the court. If the judgment is for money, the applicable judgment interest rate is: 5.27%.

*[signature]*
THOMAS M. RENN
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>David Paul Williams,<br><br>        Debtor.<br><br>CELESTE MCENTEE, DYLAN MCENTEE, CINDY MCENTEE, DENISE WILSON, MARK WILSON, ALAN NEWELL, HILDA NEWELL, DARLENE NORDGAARDEN, and TERRY HAYES, as individuals,<br><br>        Plaintiffs,<br><br>DAVID PAUL WILLIAMS,<br><br>        Defendant. | Chapter 7<br><br>Case No. 22-60031-tmr7<br><br><br><br><br>Adv. Proc. No. 22-06008-tmr<br><br>STIPULATED JUDGMENT OF NONDISCHARGEABILITY |

    This matter came before the Court, the Honorable Thomas M. Renn presiding, on the stipulation of the parties set forth below. Darien Loiselle and Craig Russillo of Schwabe, Williamson & Wyatt PC represented Celeste McEntee, Dylan McEntee, Cindy McEntee, Denise Wilson, Mark Wilson, Alan Newell, Hilda Newell, Darlene Nordgaarden, and Terry Hayes (collectively, "Plaintiffs"). Natalie Scott of Scott Law Group represented David Paul Williams

Page 1 -    STIPULATED JUDGMENT OF
             NONDISCHARGEABILITY

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981

PDX\138403\267424\DSL\37617969.4

Case 22-06008-tmr    Doc 54    Filed 11/21/23

(the "Debtor"). Plaintiffs and the Debtor have entered into a Settlement Agreement dated October 20, 2023, whereby Debtor has agreed to repay certain amounts to Plaintiffs. As part of the Settlement Agreement, Debtor has agreed to a judgment of nondischargeability regarding Plaintiffs' claims against Debtor [Claims Nos. 14, 15, 16, 17, and 18 (the "Claims")], as alleged in the Amended Complaint [ECF 16]. Based on the stipulation of the parties, evidenced by the signatures of their counsel below,

IT IS HEREBY ORDERED AND ADJUDGED, that Plaintiffs' Claims against Debtor are deemed nondischargeable under 11 USC § 523(a)(2)(A) and 11 USC § 523(a)(6).

# # #

IT IS SO STIPULATED:

| SCHWABE, WILLIAMSON & WYATT, P.C.<br><br>By: s/ *Darien S. Loiselle*<br>  Darien S. Loiselle, OSB #925796<br>  dloiselle@schwabe.com<br>  Craig G. Russillo, OSB # 973875<br>  crussillo@schwabe.com<br>  David A. Anderson, OSB #092707<br>  danderson@schwabe.com<br>  Of Attorneys for Plaintiffs, Celeste McEntee, Dylan McEntee, Cindy McEntee, Denise Wilson, Mark Wilson, Alan Newell, Hilda Newell, Darlene Nordgaarden, and Terry Hayes | SCOTT LAW GROUP<br><br>By: s/ *Loren S. Scott*<br>  Natalie C. Scott, OSB #024510<br>  nscott@scott-law-group.com<br>  Loren S. Scott, OSB # 024502<br>  lscott@scott-law-group.com<br>  Of Attorneys for Defendant David Paul Williams |

Page 2 -   STIPULATED JUDGMENT OF NONDISCHARGEABILITY

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503-222-9981

PDX\138403\267424\DSL\37617969.4

Case 22-06008-tmr    Doc 54    Filed 11/21/23

SUBMITTED BY:

SCHWABE, WILLIAMSON & WYATT, P.C.

By: s/ *Darien S. Loiselle*
   Darien S. Loiselle, OSB #925796
   dloiselle@schwabe.com
   Craig G. Russillo, OSB # 973875
   crussillo@schwabe.com
   David A. Anderson, OSB #092707
   danderson@schwabe.com
   Of Attorneys for Plaintiffs, Celeste McEntee, Dylan McEntee, Cindy McEntee, Denise Wilson, Mark Wilson, Alan Newell, Hilda Newell, Darlene Nordgaarden, and Terry Hayes

Page 3 -   STIPULATED JUDGMENT OF NONDISCHARGEABILITY

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981

PDX\138403\267424\DSL\37617969.4

Case 22-06008-tmr    Doc 54    Filed 11/21/23